IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JACOB THOMAS EARLS                                                PLAINTIFF

v.                               No. 5:12-cv-264-DPM

ROBBIE FREAD, Jail Administrator,
Arkansas County Detention Center;
MILTON PEEBLES, Assistant Jail
Administrator, Arkansas County
Detention Center; MARK DUKE;
Criminal Investigator, Stuttgart Police
Department; KIM GARZA, Criminal
Investigator, Stuttgart Police Department;
ROBERT DIITTRICH, Prosecuting
Attorney, Arkansas County; and JENNIFER
ANDERSON, Assistant Coordinator,
Arkansas State Sex Offender Registry                              DEFENDANTS

JUDGMENT

Earls's complaint is dismissed without prejudice.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 May 2013